**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Amado Antonio CARTAGENA, Defendant–Appellant.**

**No. 09–6100.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 23, 2009.

Amado Antonio Cartagena, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished by PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amado Antonio Cartagena seeks to appeal the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an ex-

tension of up to thirty days to file a notice of appeal. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered judgment on September 14, 2008. The notice of appeal was filed on January 4, 2009.* Because Cartagena failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).